UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

INTERNATIONAL UNION OF OPERATING     :
ENGINEERS –LOCAL 94 HEALTH AND     :
BENEFIT FUND, ANNUITY, SICK, AND     :     Case No.
TRAINING FUNDS and THE CENTRAL     :
PENSION FUND OF THE INTERNATIONAL     :     **NOTICE OF MOTION TO**
UNION OF OPERATING ENGINEERS and     :     **CONFIRM ARBITRATION**
PARTICIPATING EMPLOYERS,     :     **AWARD AND ENTRY OF**
    :     **JUDGMENT**
                Petitioners,     :
    :
   -against-     :
    :
COHEN BROTHERS REALTY CORPORATION, :
    :
                Respondent.     :
    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To:     Cohen Brothers Realty Corporation
        Attn: David Lopez, Esq.
        General Counsel
        750 Lexington Avenue
        New York, New York 10022
        dlopez@cohenbrothers.com

**PLEASE TAKE NOTICE** that, at a date and time to be set by the Court, the undersigned,

attorneys for the Petitioners, shall move for an Order Confirming the Arbitration Award and Entry

of Judgment at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New

York, New York 10007.

**PLEASE TAKE FURTHER NOTICE** that Counsel shall rely upon the attached Petition

to Confirm Arbitration Award and the Entry of Judgment, Memorandum of Law in Support

Thereof, Proposed Form of Order and Judgment.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested only if this

application is opposed.

**PITTA LLP**
*Attorneys for Petitioners*

By: *s/ JOSEPH M. BONOMO*
Joseph M. Bonomo
Trevor Hanrahan
120 Broadway, 28th Floor
New York, New York 10271
(212) 652-3890

DATED: January 24, 2025
at New York, New York