**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
INTERNATIONAL UNION OF OPERATING
ENGINEERS –LOCAL 94 HEALTH AND
BENEFIT FUND, ANNUITY, SICK, AND
TRAINING FUNDS and THE CENTRAL
PENSION FUND OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS and
PARTICIPATING EMPLOYERS,

                           Petitioners,                          25 **CIVIL** 0751 (AT)

                   -against-                               **JUDGMENT**

COHEN BROTHERS REALTY CORPORATION,

                          Respondent.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 5, 2026, the petition to confirm the Award is

GRANTED. Judgment enterd against Cohen Brothers in the amount of $74,978.51, the balance

due on the Award; plus post-Award interest, calculated at a rate of 5.25% per annum, accruing

from the date of the Award through the date of judgment, on any unpaid portion of the Award; and

post-judgment interest at the statutory rate. Accordingly, the case is closed.

**Dated**: New York, New York
       February 10, 2026

                                             **TAMMI M. HELLWIG**

                                     _____
                                          **Clerk of Court**

**BY:**               _____
                                          **Deputy Clerk**